ABNER WAMACK *v.* CHARLES MORGAN.

APPEAL from the District Court of St. Helena, *Jones,* J.

*Muse,* for the appellant, submitted the case without argument.

MORPHY, J. The plaintiff is appellant from a decree dismissing a motion he had made to obtain judgment against one William Dennis, as surety of the defendant on a bail bond. The only evidence exhibited by the record in support of this motion, consists of the bail bond itself, and a judgment rendered in the plaintiff's favor against his debtor, on the 4th of May, 1832. No *fieri facias* or *capias ad satisfaciendum* appear to have been issued under this judgment, nor is it even shown that the debtor has ever actually left the state. On the 11th of September following, he made a surrender of his property to his creditors, which the plaintiff unsuccessfully attempted to set aside. See *Morgan* v. *His Creditors,* 7 La., 60. As this case has been submitted to us without argument, we are at a loss to imagine the grounds on which the appellant could expect a reversal of the judgment appealed from.

*Judgment affirmed.*